UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDGARDO LOYOLA,

    Plaintiff,

    v.

JOHN E. POTTER,

    Defendant.
_____/

No. C 09-0575 PJH

**ORDER DENYING REQUEST FOR APPOINTMENT OF COUNSEL**

Plaintiff's request for appointment of counsel is DENIED. As noted in the court's April 16, 2009, order denying appointment of counsel, plaintiff has failed to satisfy two of the three requirements set forth in Bradshaw v. Zoological Soc. of San Diego, 662 F.2d 1301 (9th Cir. 1981). While plaintiff may have limited financial resources, that factor is only one of three that the court must consider. Here, plaintiff has made no showing that he has attempted to obtain counsel on his own, and has made no effort to establish that his claim is meritorious. See id. at 1318. In view of the fact that the EEOC specifically found that plaintiff's claims were not meritorious, appointment of counsel is not warranted at this stage of the litigation.

**IT IS SO ORDERED.**

Dated: June 30, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge