United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDGARDO LOYOLA,

    Plaintiff,

    v.

JOHN E. POTTER,

    Defendant.
_____/

No. C 09-0575 PJH

**ORDER CONTINUING HEARING DATE**

    The date for the hearing on defendant's motion for summary judgment, previously set for Wednesday, February 17, 2010, has been CONTINUED to Wednesday, April 7, 2010, at 9:00 a.m., in Courtroom 3, Third Floor of the Federal Courthouse, 1301 Clay Street, Oakland, California.

**IT IS SO ORDERED.**

Dated: February 12, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge